UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | DOCKET NO. 3:22cr268-01 |
| v. ) | |
| ) | **FACTUAL BASIS** |
| (1) KIARA PADGETT ) | |
| _____ ) | |

NOW COMES the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, and hereby files this Factual Basis in support of the plea agreement filed simultaneously in this matter.

This Factual Basis is filed pursuant to Local Criminal Rule 11.2 and does not attempt to set forth all of the facts known to the United States at this time. By their signatures below, the parties expressly agree that there is a factual basis for the guilty plea(s) that the defendant will tender pursuant to the plea agreement, and that the facts set forth in this Factual Basis are sufficient to establish all of the elements of the crime(s). The parties agree not to object to or otherwise contradict the facts set forth in this Factual Basis.

Upon acceptance of the plea, the United States will submit to the Probation Office a "Statement of Relevant Conduct" pursuant to Local Criminal Rule 32.4. The defendant may submit (but is not required to submit) a response to the Government's "Statement of Relevant Conduct" within seven days of its submission. The parties understand and agree that this Factual Basis does not necessarily represent all conduct relevant to sentencing. The parties agree that they have the right to object to facts set forth in the presentence report that are not contained in this Factual Basis. Either party may present to the Court additional relevant facts that do not contradict facts set forth in this Factual Basis.

1. Defendant KIARA PADGETT was a resident of Waxhaw and Kings Mountain, North Carolina and was an employee of the U.S. Postal Service. PADGETT was a mail carrier with a postal route in west Charlotte, North Carolina. PADGETT was married to Dominique Dunlap.

2. Beginning by at least August 2021 and continuing through November 2022, PADGETT, and others including Dunlap, engaged in a bank fraud conspiracy in the Western District of North Carolina, and elsewhere.

3. PADGETT used her position as a U.S. Postal Service letter carrier to steal incoming and outgoing checks from her postal route in west Charlotte. Generally, PADGETT and Dunlap sold the stolen checks to others, including to individuals in Charlotte, North Carolina and in Maryland.

4.  The total face value of the checks stolen by PADGETT that were subsequently sold and provided to others was more than $8.5 million.

5.  PADGETT, and others, engaged in a scheme and artifice to obtain funds under the custody and control of financial institutions by stealing checks, including from the U.S. Postal Service, resulting in attempted losses of over $8.5 million to banks and account holders.

6.  PADGETT stole checks that she obtained from her postal route. For example:

    a.  In or about October 2021, PADGETT stole a check for $2,691.00 written on the account of the United States Treasury and made payable to Victim R.F. located on her postal route.

    b.  In or about November 2021, PADGETT stole a check for $29,906.00 written on the account of the United States Treasury and made payable to Victim Company F.C. located on her postal route.

    c.  In or about March 2022, PADGETT stole a check for $5,000.00 made payable to Victim Company G.M. located on her postal route.

    d.  In or about March 2022, PADGETT stole a check for $2,660.19 written on the account of Victim Company H.M. located on her postal route.

    e.  In or about March 2022, PADGETT stole a check for $2,870.98 payable to Victim Company K.G. located on her postal route.

    f.  In or about March 2022, PADGETT stole a check for $6,732.20 payable to Victim Company P.P. located on her postal route.

    g.  In or about March 2022, PADGETT stole a check for $3,320.75 payable to Victim Company S.B. located on her postal route.

    h.  In or about March 2022, PADGETT stole a check for $6,420.00 payable to Victim Company C.I. located on her postal route.

    i.  In or about April 2022, PADGETT stole a check for $10,199.41 written on the account of the United States Treasury and made payable to Victim Company M.C. located on her postal route.

    j.  In or about June 2022, PADGETT stole a check for $2,497.94 made payable to Victim Company C.F. located on her postal route.

7. Co-conspirators opened bank accounts at financial institutions, the deposits of which were insured by the Federal Deposit Insurance Corporation (FDIC) and the National Credit Union Share Insurance Fund in the names of identity theft victims and in the names of other co-conspirators. Co-conspirators deposited the stolen checks into these accounts and withdrew the funds as cash. For example, on or about the dates described below, co-conspirators deposited the stolen checks as described below:

|    | Date       | Description of Check                                                        | Where deposited              |
|----|------------|-----------------------------------------------------------------------------|------------------------------|
| a. | 10/22/2021 | Stolen U.S. Treasury check for $2,691.00 made payable to Victim R.F.        | NFCU account in Maryland     |
| b. | 11/16/2021 | Stolen U.S. Treasury check for $29,906.00 made payable to Victim Company F.C. | NFCU account in Maryland   |
| c. | 3/17/2022  | Stolen check for $5,000 made payable to Victim Company G.P.                 | ATM in Charlotte, NC         |
| d. | 3/18/2022  | Stolen check for $2,660.19 made payable to Victim Company D.I.              | ATM in Charlotte, NC         |
| e. | 3/18/2022  | Stolen check for $2,870.98 made payable to Victim Company K.G.              | ATM in Charlotte, NC         |
| f. | 3/21/2022  | Stolen check for $3,320.75 made payable to Victim Company S.B.              | ATM in Charlotte, NC         |
| g. | 3/21/2022  | Stolen check for $6,732.20 made payable to Victim Company P.P.              | ATM in Charlotte, NC         |
| h. | 3/23/2022  | Stolen check for $6,420.00 made payable to Victim Company C.I.              | ATM in Charlotte, NC         |
| i. | 4/19/2022  | Stolen U.S. Treasury check for $10,199.41 made payable to Victim Company M.C. | NFCU account in Maryland   |

8. Co-conspirators made payments to PADGETT and to Dunlap for the stolen checks. For example, between August 2021 and June 2022, a co-conspirator sent PADGETT payments totaling $13,698.00 through the Zelle payment application. Some of the payments made to PADGETT came from the same NFCU account where stolen checks had been deposited.

9. PADGETT knowingly and willfully conspired with Dunlap and others to engage in a scheme and artifice to obtain money, funds, or credits under the custody and control of financial institutions, by means of materially false and fraudulent pretenses, representations and promises.

10. It was a part and an object of the conspiracy that PADGETT, Dunlap and their co-conspirators, would and did execute and attempt to execute, the scheme and artifice to obtain moneys owned by, or in the custody or control of, one or more federally insured financial institutions by means of materially false and fraudulent pretenses, representations, and promises.

11. The offense involved more than ten victims.

3

12. PADGETT was an employee of the United States Postal Service who engaged in the theft of undelivered United States mail.

DENA J. KING
UNITED STATES ATTORNEY

*Jenny H. Sugar*
Jenny G. Sugar
ASSISTANT UNITED STATES ATTORNEY

### Defendant's Counsel's Signature and Acknowledgment

I have read this Factual Basis, the Superseding Bill of Indictment, and the plea agreement in this case, and have discussed them with the defendant. Based on those discussions, I am satisfied that the defendant understands the Factual Basis, the Superseding Bill of Indictment, and the plea agreement. I hereby certify that the defendant does not dispute this Factual Basis.

*C. Melissa Owen*
C. Melissa Owen, Attorney for Defendant

DATED: 9/9/23