UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | DOCKET NO. 3:22cr268-RJC |
| v. | ) | |
| | ) | **FACTUAL BASIS** |
| (2) DOMINIQUE DUNLAP | ) | |
| | ) | |

NOW COMES the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, and hereby files this Factual Basis in support of the plea agreement filed simultaneously in this matter.

This Factual Basis is filed pursuant to Local Criminal Rule 11.2 and does not attempt to set forth all of the facts known to the United States at this time. By their signatures below, the parties expressly agree that there is a factual basis for the guilty plea(s) that the defendant will tender pursuant to the plea agreement, and that the facts set forth in this Factual Basis are sufficient to establish all of the elements of the crime(s). The parties agree not to object to or otherwise contradict the facts set forth in this Factual Basis.

Upon acceptance of the plea, the United States will submit to the Probation Office a "Statement of Relevant Conduct" pursuant to Local Criminal Rule 32.4. The defendant may submit (but is not required to submit) a response to the Government's "Statement of Relevant Conduct" within seven days of its submission. The parties understand and agree that this Factual Basis does not necessarily represent all conduct relevant to sentencing. The parties agree that they have the right to object to facts set forth in the presentence report that are not contained in this Factual Basis. Either party may present to the Court additional relevant facts that do not contradict facts set forth in this Factual Basis.

1.  Defendant DOMINIQUE DUNLAP was a resident of the Western District of North Carolina.

2.  From August 2021 through November 2022, in Mecklenburg County and elsewhere, DUNLAP, and others known and unknown, engaged in a bank fraud conspiracy. Generally, DUNLAP and others stole checks from the United States mail and sold them to others. Co-conspirators, known and unknown, deposited and attempted to deposit the stolen and fraudulent checks into accounts at financial institutions, the deposits of which were which were insured by the Federal Deposit Insurance Corporation and the National Credit Union Share Insurance Fund. Co-conspirators, known and unknown, attempted to withdraw the funds before the financial institutions became aware of the fraud.

3.  DUNLAP did knowingly and willfully combine, conspire, confederate, and agree with co-conspirators, and with others known and unknown, to engage in a scheme and artifice to

obtain money, funds, or credits under the custody and control of financial institutions, by means of materially false and fraudulent pretenses, representations and promises, to wit, financial institution fraud.

4. On or about the dates set forth below, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, DUNLAP did buy, receive or unlawfully have in his possession, any letter, postal card, package, bag or any article or thing contained therein, specifically the checks as described below, which had been stolen, taken, embezzled, or abstracted, knowing the same to have been stolen, taken, embezzled, or abstracted:

|    | Date | Stolen Check |
|----|------|--------------|
| a. | 2/10/2022 | Check to Victim Company C.I. for $58,769.03 |
| b. | 3/9/2022 | Check to Victim Company S.I. for $53,872.50 |
| c. | 3/9/2022 | Check to Victim Company S.E. for $98,217.00 |
| d. | 6/2/2022 | Check to Victim Company S.I.S. for $158,280.22 |

DENA J. KING
UNITED STATES ATTORNEY

*Jenny G. Sugar*
Jenny G. Sugar
ASSISTANT UNITED STATES ATTORNEY

Defendant's Counsel's Signature and Acknowledgment

I have read this Factual Basis, the Bill of Indictment, and the plea agreement in this case, and have discussed them with the defendant. Based on those discussions, I am satisfied that the defendant understands the Factual Basis, the Bill of Indictment, and the plea agreement. I hereby certify that the defendant does not dispute this Factual Basis.

_____        DATED: 9/12/23
Richard Brown, Attorney for Defendant

2